13548

EX PARTE TOWN OF DARLINGTON
COKER *ET AL.* v. BANK OF DARLINGTON, INC., *ET AL.*

(167 S. E., 412)

*Mr. Jerome F. Pate,* for appellant,

*Messrs. Dargan & Paulling,* for respondent,

January 4, 1933.

The opinion of the Court was delivered by Mr. Chief Justice Blease.

The agreed statement of facts, and the decree of his Honor, Circuit Judge Dennis, in this case will be reported. All the exceptions are overruled, and the decree is affirmed. See the decision of this Court in the recent case of *Ex parte G. D. Sanders, petitioner, appellant* (*In re South Carolina Savings Bank, petitioner, In re The Liquidation of the Affairs of the Bamberg Banking Company, The South Carolina Savings Bank as Receiver, respondent*). 167 S. E., 154.

MESSRS. JUSTICES STABLER, CARTER and BONHAM concur.